**Exhibit A to the Complaint**

**Location:** Highlands Ranch, CO             **IP Address:** 75.71.199.237
**Total Works Infringed:** 48                  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 26A8550FB7443F7331F9AA8648B68C37C7604D8C | 08/11/2025 22:57:23 | Blacked | 08/11/2025 | 08/19/2025 | PA0002545681 |
| 2 | 54221DFE658AC6A14FAE0824D3276D2E9C0805C7 | 08/11/2025 21:07:12 | Tushy | 08/10/2025 | 08/19/2025 | PA0002545662 |
| 3 | BE90BCE9B3D6690E538A6C6B0C1C19B10567695C | 08/11/2025 20:47:56 | Vixen | 08/10/2025 | 08/19/2025 | PA0002545680 |
| 4 | 7C8215E4399B618B85729B4EA12F9DCF895A276C | 08/10/2025 22:41:14 | Vixen | 07/23/2019 | 08/27/2019 | PA0002213247 |
| 5 | 72D20552EC68FDE350C82E540CCBB6C52AE159D1 | 08/10/2025 22:03:10 | Blacked | 05/10/2019 | 07/05/2019 | PA0002206368 |
| 6 | 58CA1883C5347C2060BC5559E0192C0E45A0F141 | 08/10/2025 21:15:47 | Blacked | 09/22/2019 | 10/07/2019 | PA0002205469 |
| 7 | A1FF05D3D9689566E84FEBB0BB13FAD6A17AFEB8 | 08/10/2025 21:13:25 | Blacked | 02/12/2022 | 02/14/2022 | PA0002335505 |
| 8 | 80D92CA926BA5B8BB1913AB3E0B5DE63B6F4572A | 08/10/2025 21:05:00 | Blacked Raw | 08/09/2025 | 08/19/2025 | PA0002545659 |
| 9 | 4e4160e20bb961cbe4181cde6df20698d8d4e119 | 08/10/2025 21:02:32 | Blacked Raw | 10/24/2019 | 11/05/2019 | PA0002210293 |
| 10 | 74b9ba28d0f8fd7ec2d6ed014a7a5dd39f3dda4d | 08/10/2025 20:59:46 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 11 | C340030059AF08957371330E339FB3AA67E8FFDB | 08/10/2025 20:49:24 | Blacked Raw | 05/17/2019 | 07/05/2019 | PA0002206002 |
| 12 | 6541eaa6efe4ca4f599e2b7e7e9f657b666bc2d1 | 08/10/2025 20:49:24 | Blacked Raw | 09/29/2019 | 10/21/2019 | PA0002207777 |
| 13 | b8c3746b5238bce108af62303a30cc0c9b79d0a6 | 08/10/2025 20:47:14 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 14 | 77D8F8804BF34262A34B4F45CAE4CC5BF3C369D8 | 08/10/2025 20:45:34 | Blacked Raw | 04/27/2018 | 05/24/2018 | PA0002101367 |
| 15 | 2e5a9d452c6f73714eaabc646640c11af580b304 | 08/10/2025 20:44:11 | Vixen | 11/17/2023 | 12/13/2023 | PA0002445433 |
| 16 | BC3E2DBD85750261EFFAFF7F00FA935CB67B0A6A | 08/08/2025 01:49:09 | Blacked | 08/06/2025 | 08/08/2025 | PA0002544272 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | D63F1D3AFD848B4F0C480B4DBCA3F2D563BF60E6 | 08/07/2025 02:02:40 | Vixen | 08/05/2025 | 08/08/2025 | PA0002544277 |
| 18 | FBBDF701E469D8D3048793D16E489C4FF0B61480 | 08/05/2025 15:10:05 | Vixen | 07/31/2025 | 08/08/2025 | PA0002544275 |
| 19 | D9B281EC88FE0A71440E0B48B0AE556A620EC7FA | 08/05/2025 14:35:09 | Blacked | 08/01/2025 | 08/08/2025 | PA0002544270 |
| 20 | 198C69FDC9F7FBD3EC79D49EA8450EB01A9CB6A4 | 08/05/2025 14:26:57 | Tushy | 08/03/2025 | 08/08/2025 | PA0002544247 |
| 21 | 1B3B7A0988E1048C358C9808E709696AD3C629A6 | 08/05/2025 14:26:53 | Blacked Raw | 08/04/2025 | 08/08/2025 | PA0002544282 |
| 22 | 58F29A0DCDC9826DDEBEAD25A3577CF39835D19C | 08/05/2025 13:53:52 | TushyRaw | 08/03/2025 | 08/08/2025 | PA0002544246 |
| 23 | 6457A1E99F63A06C9F244C128886D0CD77D2BEF9 | 07/31/2025 03:14:49 | Blacked Raw | 07/30/2025 | 08/08/2025 | PA0002544276 |
| 24 | E8279CCEC4022B4F8DB07472894A4271B884033D | 07/31/2025 03:10:06 | Milfy | 07/30/2025 | 08/08/2025 | PA0002544268 |
| 25 | BF3883B1C22BA534895A8E9E818FF2534E3E84B0 | 07/30/2025 02:03:04 | Tushy | 07/27/2025 | 08/08/2025 | PA0002544274 |
| 26 | 83426AE872C7F050D01EF543D615002143717D96 | 07/27/2025 03:06:26 | Vixen | 07/26/2025 | 08/08/2025 | PA0002544245 |
| 27 | 3EC6509C59B5CFABEAD86EB3649CC607892511F0 | 07/26/2025 03:54:39 | Blacked Raw | 07/25/2025 | 08/08/2025 | PA0002544278 |
| 28 | 82DBFA4E41F9F08D1204FF815024B887141DD0AD | 07/26/2025 02:59:44 | Milfy | 07/23/2025 | 08/08/2025 | PA0002544281 |
| 29 | 25DAD34F84277C8B2BBDC9D9DB2DE0E7204A9DE3 | 07/23/2025 16:22:43 | Blacked | 07/22/2025 | 07/22/2025 | PA0002541649 |
| 30 | 4468B25E072AB5024E6289D770B8A64B38F48705 | 07/22/2025 03:30:24 | Vixen | 07/21/2025 | 07/22/2025 | PA0002541642 |
| 31 | FFD1A38145001BC39A1763D62803CF71D13FA113 | 07/21/2025 03:03:25 | Wifey | 07/19/2025 | 07/22/2025 | PA0002541702 |
| 32 | 4972869A46219916DBEA30A01B8991263FE2B586 | 07/18/2025 18:31:22 | Blacked | 07/17/2025 | 07/22/2025 | PA0002541664 |
| 33 | DD2A3A445F4A8680AA4A2FEFC61F6EB8CD1BB468 | 07/17/2025 03:13:56 | Tushy | 01/28/2024 | 02/13/2024 | PA0002454861 |
| 34 | b94615e6794a73eda4f0759c3f7e59a93d9f47c2 | 07/17/2025 03:12:08 | Blacked Raw | 07/24/2023 | 08/17/2023 | PA0002425531 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 872C8F1D1D0067598D7B33791F70958407513E1D | 07/17/2025 03:10:00 | Vixen | 07/16/2025 | 07/22/2025 | PA0002541698 |
| 36 | 0279F8114C90ECBC2C775793D7CD9105ED963856 | 07/16/2025 19:42:04 | Blacked | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 37 | C89B95557B1E91DC244222E8F140B83810453C50 | 07/16/2025 02:31:17 | Blacked Raw | 07/15/2025 | 07/22/2025 | PA0002541676 |
| 38 | 39086CAF88D603C4F3BDB0D9577D7AFB31844840 | 07/15/2025 03:33:24 | Vixen | 07/11/2025 | 07/22/2025 | PA0002541640 |
| 39 | 5CA8247DACE3239D97A0F6C34EA7A42467D8DCF4 | 07/14/2025 15:40:43 | Tushy | 07/13/2025 | 07/22/2025 | PA0002541631 |
| 40 | E39AC45FE3DBEF3C8DAB4A200288B5F6D6E16B06 | 07/13/2025 20:18:39 | Blacked | 07/12/2025 | 07/22/2025 | PA0002541659 |
| 41 | 81B6BE68376818174C74E740E5A1FC1EAC490793 | 07/10/2025 16:12:02 | Milfy | 07/09/2025 | 07/22/2025 | PA0002541637 |
| 42 | 7A00A32B1A216AC055D67C3D6BE294D64388279D | 07/09/2025 00:52:11 | Blacked | 07/07/2025 | 07/22/2025 | PA0002541657 |
| 43 | 37675CC75D17AE6D631A26EC85045B9B9340C21C | 07/07/2025 15:26:37 | Tushy | 07/06/2025 | 07/08/2025 | PA0002539168 |
| 44 | 10119BCE18CDA94AC1CA0D3E40CE361833D227EF | 07/06/2025 15:31:56 | Blacked Raw | 07/05/2025 | 07/08/2025 | PA0002539163 |
| 45 | 49A853F75104EE580C943AB7093372C383357197 | 06/30/2025 22:56:01 | Blacked | 06/27/2025 | 07/08/2025 | PA0002539161 |
| 46 | D9702D2E2FAA5D92E921B60FCD8A25C41C7B170B | 06/28/2025 15:29:38 | Vixen | 06/20/2025 | 06/20/2025 | PA0002536520 |
| 47 | 74E66343531ED6D13B7133F82E3ED1F710BB2207 | 06/25/2025 05:54:34 | Blacked Raw | 06/20/2025 | 06/20/2025 | PA0002536515 |
| 48 | 528EA973B670FBA49B901AC857DDDFC870DE421B | 06/25/2025 05:47:57 | Blacked | 06/22/2025 | 07/08/2025 | PA0002539155 |